AMERICAN MORTGAGE LAW GROUP, P.C.
Jack V. Valinoti, SBN 214715
jvalinoti@americanmlg.com
775 Baywood Drive, Suite 100
Petaluma, California 94954
Telephone: (415) 878-0030
Facsimile: (415) 878-0035

*Attorneys for Defendant*
*First Centennial Mortgage Corporation*

WOLFE & WYMAN LLP
Cathy L. Granger, SBN 156453
clgranger@wolfewyman.com
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

JS-6

*Attorneys for Defendant*
*Dane McClain (erroneously sued herein as Dale McClain)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Richardson, an individual,<br><br>Plaintiff,<br><br>v.<br><br>First Centennial Mortgage Corporation, an Illinois Corporation doing business in California, Dale McClain, an individual, Joseph Howington, an individual, and Tracy Zhang, an individual, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-01944<br><br>The Hon. Judge James V. Selna<br><br>**ORDER GRANTING MOTIONS BY DEFENDANTS FIRST CENTENNIAL MORTGAGE CORPORATION AND DANE McCLAIN TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |

The Court, having considered the motions of Defendants First Centennial Mortgage Corporation ("First Centennial") and Dane McClain ("McClain") [Docket Nos. 53 and 55] to dismiss the Second Amended Complaint [Docket No. 52] of Plaintiff Gregory Richardson ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6) and having considered Plaintiff's motion for leave to file a Third

-1-

Amended Complaint [Docket No. 68], and finding good cause therefore,

IT IS HEREBY ORDERED that First Centennial's and McClain's motions to dismiss Plaintiff's Second Amended Complaint each shall be and hereby are GRANTED, with prejudice and without leave to amend, for the reasons set forth in and in accordance with the Court's November 19, 2018 Civil Minutes [Docket No. 74], a true and correct copy of which is attached hereto as Exhibit A;

IT IS FURTHER HEREBY ORDERED that Plaintiff's Second Amended Complaint against First Centennial and McClain shall be and hereby is dismissed in its entirety, with prejudice and without leave to amend; and

IT IS FURTHER HEREBY ORDERED that Plaintiff's motion for leave to file a Third Amended Complaint is denied as moot.

Dated: December 07, 2018

_____
HONORABLE JAMES V. SELNA
United States District Judge